JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD LONGORIA, | ) | NO. CV 09-5170-CAS(E) |
|       Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| MIKE McDONALD, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 5, 2010.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE